**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-2128-WJM

VSM INC., a Vermont domiciled corporation

    Plaintiff,

v.

CLOUDVEIL MOUNTAIN PEAK, LLC,
FREE COUNTRY, LTD.,
WINDSONG BRANDS, LLC, and
SPYDER ACTIVE SPORTS, INC.,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed December 16, 2013 (ECF No. 25). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 17th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge